## CHARGES AND PENALTIES

**CASE NAME:** JERONIMO PEREZ-GUTIERREZ     **CASE NO.** 1:21-CR-2007-SAB-2

TOTAL # OF COUNTS: 1     ✓ FELONY     ☐ MISDEMEANOR     ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 3 | 8 U.S.C. § 1324(a)(1)(A)(iv), (B)(i) | Encouraging or Inducing an Illegal Alien to Enter or Reside | Up to 10 years imprisonment; up to $250,000 fine; up to 3 years supervised release; and a $100 special penalty assessment |
| | 8 U.S.C. § 1324(b), 18 U.S.C. § 982(a)(6)(A), 28 U.S.C. § 2461 | Forfeiture Allegations | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |